**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**    FILED IN OPEN COURT

DATE: 12/13/2021 @ 3:13 pm
TAPE: FTR
TIME IN COURT: 1:24

| | |
|---|---|
| MAGISTRATE JUDGE | LINDA T. WALKER |
| COURTROOM DEPUTY CLERK: | Sonya Coggins |
| CASE NUMBER: | 1:21-MJ-1141-LTW |
| DEFENDANT'S NAME: | Matthew Jay Webler |
| AUSA: | Alison Prout and Joe Plummer |
| DEFENDANT'S ATTY: | Thomas Hawker |
| USPO / PTR: | Emma Moses |

( ) Retained   ( ) CJA   (X) FDP   ( ) Waived

____ ARREST DATE _____

____ Initial appearance hearing held.          ____ Defendant informed of rights.

____ Interpreter sworn: _____

## COUNSEL

____ ORDER appointing Federal Defender as counsel for defendant.

____ ORDER appointing _____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

____ Defendant WAIVES identity hearing.          ____ WAIVER FILED

____ Identity hearing HELD.    ____ Def is named def. in indictment/complaint; held for removal to other district.

X    Defendant WAIVES preliminary hearing in this district only.    X    WAIVER FILED

____ Preliminary hearing HELD.    ____ Probable cause found; def. held to District Court for removal to other district

X    Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

____ Government motion for detention filed .    _____ @ _____

____ Pretrial hearing set for _____ @ _____    ( ) In charging district.)

X    Bond/Pretrial detention hearing held.

X    Government motion for detention   (X) GRANTED    ( ) DENIED

X    Pretrial detention ordered.    X    Written order to follow.

____ BOND set at _____    ____ NON-SURETY    ____ SURETY
       ____ cash       ____ property       ____ corporate surety ONLY

____ SPECIAL CONDITIONS: _____

____ Bond filed. Defendant released.

____ Bond not executed. Defendant to remain in Marshal's custody.

____ Motion   ( ____ verbal)   to reduce/revoke bond filed.

____ Motion to reduce/revoke bond    ____ GRANTED    ____ DENIED

____ See page 2

Defendant: _____   Case No.: _____

Date: _____

**WITNESSES:**

_____
_____
_____
_____
_____
_____
_____
_____

**EXHIBITS:**

Government's Exhibits 1, 2, and 3, ADMITTED
_____
_____
_____
_____
_____
_____
_____
_____

Original Exhibits  _____ RETAINED by the Court   X  RETURNED to counsel